THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, EX REL. AILEEN CARTIER; THE COMMONWEALTH OF MASSACHUSETTS, EX REL. AILEEN CARTIER; AND THE STATE OF RHODE ISLAND, EX. REL. AILEEN CARTIER, <br><br>**Plaintiff-Relator,**<br><br>v.<br><br>**CAREWELL URGENT CARE CENTERS OF MA, P.C.; CAREWELL URGENT CARE OF RHODE ISLAND, P.C.** (hereinafter referred to as "CAREWELL"); and URGENT CARE CENTERS OF NEW ENGLAND, INC. (hereinafter referred to as "URGENT CARE CENTERS OF NEW ENGLAND"),<br><br>**Defendants.** | Civil Action No. **16-cv-12572-RGS** |

## NOTICE OF SETTLEMENT OF RETALIATION CLAIMS UNDER COUNTS III AND VI AND REQUEST FOR 30 DAY ORDER OF SETTLEMENT AND DISMISSAL

The parties hereto state that the last claims pending in this action under Count III (retaliation pursuant to 31 U.S.C. § 3730(h)) and Count VI (retaliation pursuant to M.G.L. C. 12, § 5J) of the Second Amended Complaint have been settled. The terms of the settlement have been agreed to by the parties and Counsel are preparing a settlement agreement and notice of dismissal. The parties hereby request that the Court enter a 30-day Order of Settlement and Dismissal of the case.

Dated: May 31, 2019					Respectfully submitted,


							Counsel for Relator


							/s/ Jeffrey A. Newman_____
							Jeffrey A. Newman, Esq.
							Massachusetts BBO # 370450
							Jeffrey Newman Law
							One Story Terrace
							Marblehead, Ma. 01945
							Tel: 617-823-3217
							Fax: 781-639-8688
							Jeffrey@jeffreynewmanlaw.com



							Counsel for Defendants


							/s/ Eoin P. Beirne_____
							Eóin P. Beirne (BBO # 660885)
							Mintz, Levin, Cohn, Ferris,
							      Glovsky and Popeo, P.C.
							One Financial Center
							Boston, MA 02111
							(617) 348-1707
							ebeirne@mintz.com



CERTIFICATE OF SERVICE

I hereby certify that the within document has been electronically filed with the Court on this 31st day of May, 2019, and that it is available for viewing and downloading from the ECF system.



							/s/ Jeffrey A. Newman_____
							Jeffrey A. Newman